71224. COX COMMUNICATIONS, INC. v. DEPARTMENT OF TRANSPORTATION.
(353 SE2d 856)

BENHAM, Judge.

This court having entered on March 20, 1986, a judgment in the above-styled case (178 Ga. App. 499 (343 SE2d 765) (1986)), affirming the judgment of the trial court; and the judgment of this court having been reversed by the Supreme Court in *Cox Communications v. Dept. of Transp.*, 256 Ga. 455 (349 SE2d 450) (1986), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Birdsong, C. J., Deen, P. J., McMurray, P. J., Banke, P. J., Carley, Sognier,. Pope, and Beasley, JJ., concur.*

DECIDED JANUARY 23, 1987.

*J. Kirk Quillian, Donald W. Janney*, for appellant.
*John R. Strother, Jr., Beryl H. Weiner, James S. S. Howell*, for appellee.